==========================================================================

# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

| NORTHERN | DISTRICT OF | NEW YORK |

JUDGMENT IN A CIVIL CASE

## DOCKET NO.  1:10-cv-411 (GLS)

**ADIRONDACK MINES, INC.**

      v.

**UNITED STATES TRUSTEE**

| | |
|---|---|
| _____ | **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| ____X____ | **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED, that the judgment of the bankruptcy court is AFFIRMED. That Adirondack's appeal is DISMISSED, in accordance with the Memorandum-Decision and Order issued by U.S. District Judge Gary L. Sharpe on November 16, 2010.**

 

| November 17, 2010 | **LAWRENCE K. BAERMAN** |
|---|---|
| | CLERK OF THE COURT |

 

|  | BY:  S/ |
|---|---|
| | DEPUTY CLERK |
| | John Law |